United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRED FARRELL NORMAN,
Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,
Defendants.

Case No. 3:26-cv-04015-JSC

**ORDER RE: MOTION TO APPOINT COUNSEL**

Re: Dkt. Nos. 24, 26

Plaintiff sues various entities, none located in the Northern District of California, under the Freedom of Information Act. By Order filed July 31, 2026, the Court reminded Plaintiff that he is responsible for serving the defendants with the summons and complaint within the time allowed by Federal Rules of Civil Procedure 4(m). (Dkt. No. 11.) The Court explained that under the Rule, service must be made by August 3, 2026. So, the Court ordered Plaintiff to file his proof of service on each Defendant by August 17, 2026, and specifically warned Plaintiff that if he did not do so, "the Court may dismiss this action without prejudice for failure to serve." (*Id.*) Plaintiff instead filed two motions for summary judgment, which the Court dismissed without prejudice. (Dkt. Nos. 13, 21.)

Plaintiff now writes to the Court, asserting that he has "successfully filed the Proof of Service for [his] lawsuit." (Dkt. No. 24.) Plaintiff has still not filed proof of service on any defendant as Plaintiff's existing submissions are not adequate. (*See* Dkt. No. 14.) Federal Rule of Civil Procedure 4 provides service of the complaint and summons must be made by a "person who is at least 18 years old and not a party." FED. R. CIV. P. 4(c)(2). Among other deficiencies, Plaintiff alleges to have performed the service himself. (*See* Dkt. No. 14.) But he cannot perform the service of the summons and complaint since he is a party to the action. The Court reiterates

Plaintiff's deadline to file adequate proof of service is **October 1, 2026**. The case will be dismissed without prejudice if proper proofs of service are not filed by that date. Plaintiff's declaration attached to the motion for summary judgment does not excuse his obligation to file proofs of service.

Plaintiff also moves for appointment of counsel to represent him. (Dkt. Nos. 25, 26.) There is "no constitutional right to counsel in a civil case." *Adir Int'l, LLC v. Starr Indem. & Liab. Co*., 994 F.3d 1032, 1038–39 (9th Cir. 2021) (citation omitted). So, his motion is DENIED. But, the Court strongly encourages Plaintiff to seek free assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102 or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612. Plaintiff can make an appointment in person or by calling 415-782-8982.

This Order disposes of Docket No. 26.

**IT IS SO ORDERED.**

Dated: September 24, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge